

December 20, 2019

*Via Electronic Court Filing System*
The Honorable Katherine Polk Failla
United States District Court
Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Cara Nasisi et al. v. Wellcare Health Plans, Inc.*
            Case No. 1:19-cv-4132-KPF

Dear Judge Failla:

    Pursuant to this Court's November 15, 2019 Order (ECF No. 73, ¶ 7), we are writing to inform Your Honor that the Notice and Consent forms were initially mailed to collective action members on December 20, 2019. Collective Action Members shall have until February 21, 2020 to file a Consent to Join form opting into the litigation.

                                Respectfully submitted,

                                /s/ Maureen A. Salas

                                Maureen A. Salas

cc: All Counsel of Record (via ECF)