IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARA NASISI, ROBIN CHERNOFF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    *Plaintiffs*,<br><br>v.<br><br>COMPREHENSIVE HEALTH MANAGEMENT, INC.,<br><br><br>    *Defendant*. | Civil Action No. 1:19-cv-4132 (KPF) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE JOINT STIPULATION OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Approval of the Joint Stipulation of Settlement under the Fair Labor Standards Act ("Motion"). Having considered Plaintiffs' Motion and supporting Memorandum and exhibits, including the Parties' Joint Stipulation of Settlement, the Court hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

1. The settlement in this Fair Labor Standards Act action is fair, reasonable, and just. The settlement is approved, and the terms of the Parties' Joint Stipulation of Settlement are incorporated by reference into this Order.

2. Plaintiffs' proposed Settlement Notice and plan for its distribution is approved.

3. Analytics Consulting LLC is appointed as the Settlement Administrator in this case to perform the duties identified in the Joint Stipulation of Settlement.

4. The Service Awards to the two Named Plaintiffs are approved.

1

5. Plaintiffs' Counsel's request for attorneys' fees and litigation expenses is granted.

6. The action is dismissed with prejudice with respect to the Named Plaintiffs, and with prejudice as to each FLSA Opt-in Plaintiff who negotiates (i.e. cashes or deposits) his or her Settlement Payment check. The claims of FLSA Opt-in Plaintiffs who do not negotiate their Settlement Payment checks shall be dismissed without prejudice.

7. The Court shall retain jurisdiction with respect to the interpretation, implementation and enforcement of the terms of the parties' Joint Stipulation of Settlement and all orders and judgments entered in connection therewith.

8. The parties shall abide by all terms of the Joint Stipulation of Settlement and this Order.

9. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

DATED: January 14, 2021
New York, New York

_____
THE HONORABLE KATHERINE POLK FAILLA
United States District Judge